NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIMMIE LEE WALKER, )
)
      Appellant, )
)
v. )     Case No. 2D18-4336
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T. Corvo,
Judge.

Jimmie Lee Walker, pro se.


PER CURIAM.


      Affirmed.  See Wright v. State, 911 So. 2d 81 (Fla. 2005); Smart v. State,

124 So. 3d 347 (Fla. 2d DCA 2013); Walker v. State, 6 So. 3d 67 (Fla. 2d DCA 2009)

(table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


LUCAS, BADALAMENTI, and ATKINSON,JJ., Concur.